DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BROW ARC, INC.,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF BUSINESS & PROFESSIONAL REGULATION,**
Appellee.

No. 4D2025-1763

[June 18, 2026]

Appeal from the State of Florida, Board of Cosmetology; L.T. Case No. 2024-047057.

H. Richard Bisbee of H. Richard Bisbee, P.A., Tallahassee, for appellant.

Andrea F. Osorio, Assistant General Counsel of Division of Professions, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***